NE
1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
Northwestern Division

FILED
2010 NOV 30  P 1:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number: 274201

CARL Shawn McClain

(Enter above the full name(s) of the plaintiff(s)
in this action

NOTICE TO FILING PARTY.
It is your responsibility to
notify the clerk in writing
of any address change.
Failure to notify the clerk
may result in dismissal
of your case
without further notice.

vs.

STATE of Ala: Lauderdale Co Jail
Cou

CV-10-PT-3300-NE

(Enter above full name(s) of the defendant(s)
in this action

I    Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved
        in this action or otherwise relating to your imprisonment?
        Yes  (___)              No  (✓)

   B.   If your answer to (A) is "yes,) describe each lawsuit in the space below.  (If there is more than
        one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline)

        1   Parties to this previous lawsuit:

            Plaintiff(s) _____

            Defendant(s) _____

- 1 -

2    Court (if Federal Court, Name the district; if State Court, Name the county)

_____

3    Docket Number _____

4    Name the judge to whom case was assigned _____

5    Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

6    Approximate date of filing lawsuit _____

7    Approximate date of disposition _____

1   Place of present confinement  _Limestone Cor. Fac. 28779 Nick Davis Rd._

A.   Is there a prisoner grievance procedure in this institution?
     Yes  (___)        No  ( ✓ )

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
     Yes  ( ✓ )        No  (___)

C.   If your answer is YES:

    1   What steps did you take?  _There was No Grievance Procedure Provided._

    2   What was the result?  _____

D    If your answer is NO, explain why not?  _Jail administrator, Jackie Keenum threatened this detainee. denied Providing Grievance form._

Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A   Name of plaintiff(s) _CARL Shawn McClain # 274201_

Address _LimeSTONE Cor. Fac. 28779 Nick Davis Rd. Harvest AL. 35749_

In the item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the thirs blank. Use item (C) for the names, positions, and places of employment of any additional defendants

B   Defendant _①Jackie Keenum ②Charles W. Townsend_
is employed as _①Jail Administrator. ② Sheriff, Ronnie Willis_
at _Lauderdale County Detention Center_

C   Additional Defendants _County Commissioners, Hospital medical care Providers, DR. Austin._

V.   Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Lauderdale County Jail administrators, official's, County Commissioner, Hospital medical Provider's for said County denied Pretrial detainee [Petitioner] due to deliberate indifference of government official's responsible for his protection and care protected by due Process Clause of Amendment Fourteen, U.S.C.A. "Valencia v. Wiggens 981 F.2d 1440, 1445 (5th Cir) Cert. den. 509 U.S. 905, 113 S.Ct. 2998, 125 L.Ed. 2d 691 (1993): Dean v. Barber 951 F.2d 1210 (C.A. 11 (Ala. 92): See Complaint of Mr. CARL Shawn  || -3- ||  McClain

5-21-2010 - Carl Shawn McClain a Pretrial detainee a trustee for Lauderdale County Det. Cen.. Injured, Placed in un-Constitutional Confinement by the hands of administrators, Sheriff, guilty of negligence as well of which were proximate causes of injury. McClain repeatedly requested medical treatment and was given ineffective treatment or none at all altogether.

RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

McClain Request July $70,000 in Compensatory damages against Sheriff Ronnie Willis, Jail administrator Jackie Keenum, 260,000 in punitive damages. Assume Jurisdiction over this Action, Declare acts & omissions described herein violated Plaintiffs rights under the Constitution and laws of the United States. Enter Judgment in favor of Plaintiff for Compensatory & Punitive damages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Carl Sha McCl # 274201
28 U.S.C § 1746

Signature(s)

- 4 -